COMMONWEALTH of Pennsylvania, Petitioner

v.

Gerald GARZONE, Respondent.

Supreme Court of Pennsylvania.

Oct. 14, 2010.

### ORDER

PER CURIAM.

**AND NOW,** this 14th day of October 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, as phrased by Petitioner, is:

Did the Superior Court err in removing the cost of employing county detectives and assistant district attorneys from the trial court's discretion to impose prosecution expenses on a convicted offender?

The Petition of Respondent Gerald Garzone seeking consolidation of his action with that of his brother and Co–Respondent, Louis Garzone, is also **GRANTED.**